IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT - LAW DIVISION

| | | |
|---|---|---|
| ERICK McCORD, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: |
| | ) | |
| WILLIAM MIKKELSON, individually | ) | |
| and as an agent of DOUBLE K EXPRESS, | ) | |
| LLC, and DOUBLE K EXPRESS, LLC, | ) | |
| individually, | ) | |
| | ) | |
| Defendants. | ) | |

2016L003465
CALENDAR/ROOM Z
TIME 00:00
PI Motor Vehicle

## COMPLAINT AT LAW

NOW COMES the Plaintiff, ERICK McCORD, JR. (hereinafter referred to as "Plaintiff"), by and through his attorneys, Staver Law Group, P.C., complaining of the Defendants, WILLIAM MIKKELSON, individually and as an agent of DOUBLE K EXPRESS, LLC, and DOUBLE K EXPRESS, LLC, individually, and states as follows:

1. That on or about April 30, 2015, Plaintiff was operating a vehicle in a southbound direction on or about Interstate 94 at or near 130th Street, in the City of Chicago, County of Cook, and State of Illinois.

2. That on or about April 30, 2015, WILLIAM MIKKELSON, as an agent of Defendant DOUBLE K EXPRESS, LLC, was operating a motor vehicle owned by and on behalf of Defendant DOUBLE K EXPRESS, LLC, in a southbound direction on or about Interstate 94 at or near 130th Street, in the City of Chicago, County of Cook, and State of Illinois.

3. At all times herein mentioned, WILLIAM MIKKELSON was acting as a duly authorized agent of DOUBLE K EXPRESS, LLC.

4. That at the aforesaid time and place, a collision occurred between the motor vehicle the Plaintiff was operating and the motor vehicle that WILLIAM MIKKELSON was operating when WILLIAM MIKKELSON rear-ended Plaintiff's vehicle.

5. That at all times material hereto it was the duty of the Defendants, its agents, and employees to exercise ordinary care in the ownership, operation, maintenance, and

**EXHIBIT A**

control of said vehicle for the safety of the person and property of others there and then upon said roadway and especially the Plaintiff herein.

6. That in violation of this duty, Defendants, it's agents, and employees acted or failed to act in one or more of the following ways, amounting to negligent conduct and violating the Motor Vehicle Laws of the State of Illinois:

   a. Operated said motor vehicle without keeping a proper and sufficient lookout;

   b. Proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions in the use of the way, or which endangered the safety of the Plaintiff, in violation of the provisions of 625 ILCS 5/11-601;

   c. Failed to decrease the speed of said motor vehicle so as to avoid colliding with another vehicle contrary to and in violation of the provisions of 625 ILCS 5/11-601;

   d. Failed to equip said motor vehicle with proper brakes, contrary to and in violation of the provisions of 625 ILCS 5/12-301;

   e. Failed to keep said motor vehicle under proper control and failed to stop, slow down, or otherwise alter the speed, movement or direction of said vehicle when danger of collision with another vehicle was imminent;

   f. Followed the motor vehicle which Plaintiff was in more closely than was reasonable and prudent, having no regard for the speed of traffic upon the way, in violation of the provisions of 625 ILCS 5/11-710;

   g. Failed to give audible warning with said motor vehicle's horn of the approach of said motor vehicle, although such warning was necessary to ensure the safe operation of said vehicle, contrary to and in violation of the provisions of 625 ILCS 5/12-601;

7. That as a direct and proximate cause of Defendants' aforesaid careless and negligent acts and/or omissions, Plaintiff was caused to sustain personal injuries, to incur and pay medical and hospital expenses, and to be absent from his usual pursuits for a period of time.

WHEREFORE, the Plaintiff, ERICK McCORD, JR, prays for judgment against the Defendants, WILLIAM MIKKELSON, individually and as an agent of DOUBLE K EXPRESS, LLC, and DOUBLE K EXPRESS, LLC, individually, in an amount in excess of

$50,000.00 dollars, held joint and severally liable, plus court costs, attorney's fees, and for whatever other relief this court deems just and appropriate.

Respectfully submitted,

Staver Law Group, P.C.

By: _____
Tyler Kobylski
Attorney for Plaintiff

Staver Law Group, P.C.
120 W. Madison - Suite 520
Chicago, IL 60602
(312) 236-2900
Attorney ID# 57789