## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: McCord v. Mikkelson et al        Case Number: 1:16-cv-04785

An appearance is hereby filed by the undersigned as attorney for:
Erick McCord

Attorney name (type or print):  Tyler Kobylski

Firm:     Staver Law Group, P.C.

Street address:     120 W. Madison Street - Suite 520

City/State/Zip:     Chicago, IL 60602

Bar ID Number:  6309452                    Telephone Number:    312-236-2900
(See item 3  in instructions)

Email Address: tyler@chicagolawyer.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☒ No |

If this is a criminal case, check your status.     ☐     Retained Counsel

☐     Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 5, 2016

Attorney signature:     S/ /S/ Tyler Kobylski
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015